# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Heather Brown, on behalf of herself and all other similarly situated,,

    Plaintiff(s),

vs.

Case No.: 17-cv-06451

**AFFIDAVIT OF SERVICE**

**Fifth Third Bank**,

    Defendant(s).

Erika Cremeans _____, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Summons in a Civil Case; Class Action Complaint - Jury Trial Demanded** to **Fifth Third Bank c/o R/A Corporation Service Company**, located at **50 West Broad Street, Suite 1330, Columbus, OH 43215** resulting in the following:

[X] **AUTHORIZED SERVICE:** By leaving a copy of the Summons in a Civil Case; Class Action Complaint - Jury Trial Demanded with:

NAME Deanna Schauseil

TITLE Legal Dept _____ an individual of the company willing and able to accept on behalf of the entity/respondent/witness on:

the 15 day of Sept, 2017 at 2:00 P M

[ ] **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (**attach a separate sheet if needed**):

__/__/____ @_____

__/__/____ @_____

__/__/____ @_____

A description of person with whom the documents were left is as follows:

Sex: F  Race: White  Approx. Age: 40  Height: 5'7  Weight: 150  Hair: Brown

Noticeable Features/Notes _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this 15th day of September, 2017.

_____
Notary Public

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-19

X _Erika Cremeans_

Erika M. Cremeans
(Print Name)

*174979*

Law Firm Ref #:1708557