UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

HEATHER BROWN, individually, and on behalf of all others similarly situated,

        Plaintiff,

v.

FIFTH THIRD BANK,

        Defendant.

Case No. 17-cv-06451

Honorable Sharon Johnson Coleman

## STIPULATION FOR DISMISSAL

Plaintiff, HEATHER BROWN, and Defendant, FIFTH THIRD BANK, hereby stipulate to the dismissal of this Action (DE #1) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agreeing that each of the parties shall bear its own attorney's fees and costs.

Respectfully submitted,

DATED: November 27, 2017

By: /s/ *Jonathan M. Streisfeld*

Jeff M. Ostrow
Jonathan M. Streisfeld
**KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILERT**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com
streisfeld@kolawyers.com

Edward A. Wallace
Adam Prom
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603

By: /s/ *David L. Permut*

David L. Permut
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4182
Facsimile: (202) 204-7279
dpermut@goodwinlaw.com

Brittany E. Kirk
Thomas James Hayes
**DINSMORE & SHOHL LLP**
227 W. Monroe Street, Suite 3850
Chicago, IL 60603
Telephone: (312) 372-6060
Facsimile: (312) 372-6085
brittany.kirk@dinsmore.com
thomas.hayes@dinsmore.com

Phone: (312) 346-2222
Fax: (312) 346-0022 *Counsel for Defendant Fifth Third Bank*
eaw@wexlerwallace.com
ap@wexlerwallace.com

*Counsel for Plaintiff Heather Brown,
individually, and on behalf of all others
similarly situated*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Joint Initial Status Report to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

*/s/ Jonathan M. Streisfeld*
Jonathan M. Streisfeld
